THE 32ND JUDICIAL DISTRICT COURT

IN AND FOR THE PARISH OF TERREBONNE

STATE OF LOUISANA

TIMOTHY BETTS, SR.                    CASE NO.: 788-187

                                      SECTION: A

VERSUS    187384

ROSS BRENNAN AND LOUISIANA STATE
POLICE, AND DEPARTMENT OF PUBLIC
SAFETY & CORRECTIONS

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## PETITION FOR DAMAGES

NOW COMES Petitioner, TIMOTHY BETTS SR., a person of the full age of majority. Petitioner is domiciled in the State of Louisiana, Parish of Terrebonne and asserts the following claims for relief:

1.

Made Defendants herein are the following:

A. **LOUISIANA STATE POLICE, through its Superintendent Colonel Reeves,** a state agency, political subdivision, municipal corporation and/or political entity with the capacity to sue and be sued.

B. **ROSS BRENNAN,** a person of full age of majority who was at all times material hereto is employed as a law enforcement officer by the LOUISIANA STATE POLICE and acting in the course and scope of their employment.

2.

Jurisdiction is proper in this Honorable Court pursuant to 28 U.S.C. §§ 1331 and 1367, inasmuch as this matter arises under 42 U.S.C. § 1983, *et seq., and* § 1343 the Eight and Fourteenth Amendments to the United States Constitution, and Louisiana state law, including Louisiana Civil Code Articles 2315, 2316, 2317, and 2320.

3.

RANDALL L. BETHANCOURT
JUDGE - DIVISION E

Venue is proper in the Honorable Court in part because the actions giving rise to this suit occurred in Terrebonne Parish and all of the parties involved are domiciled in Terrebonne Parish.

4.

On July 15, 2017, TIMOTHY BETTS, SR. was seized by Ross Brennan, and subsequently charged with Speeding, Resisting an Officer, and Window Tint.

5.

At the time of the seizure, TIMOTHY BETTS, SR., did not pose a threat to the officer BRENNAN.

6.

Officer BRENNAN, without provocation, tased TIMOTHY BETTS, SR to the ground.

7.

As a result of this violent attack Mr. Betts sustained serious physical, mental, and psychological injuries.

8.

Officer Brennan acted with criminal intent and malice in the attack of Mr. Betts, Sr.

9.

As the above and forgoing allegations demonstrate, Defendant, ROSS BRENNAN is liable unto Petitioners for (a) assault, (b) battery (excessive force), (c) negligent and intentional infliction of emotional distress, (d) cruel treatment, (e) violation of the Constitution and other laws of the United States and of the State of Louisiana, (f) deliberate indifference to the rights, safety, and dignity of Petitioner, and for all other acts and omissions as will be shown at trial.

10.

As the above and foregoing allegations demonstrate, Defendants LOUISIANA STATE POLICE and LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, is liable unto Petitioner under the doctrine of *respondeat superior* for Defendant, BRENNAN for (a) assault, (b) battery (excessive force), (c) negligent and intentional infliction of emotional distress, (d) cruel treatment, (e) violation of the

Constitution and other laws of the United States and of the State of Louisiana, (f) deliberate indifference to the rights, safety, and dignity of Petitioner, and for all other acts and omissions as will be shown at trial.

11.

Defendant, BRENNAN, was acting under the direction and control of Defendant, LOUISIANA STATE POLICE at the time of the incident.

12.

Acting under color of law and pursuant to official policy and custom, Defendant, LOUISIANA STATE POLICE through its Police Department was negligent in hiring, training, and retention of Defendant, BRENNAN.

13.

Defendants LOUISIANA STATE POLICE through its Trooper Department knowingly, recklessly, or with deliberate indifference and callous disregard of Plaintiff's rights, failed to instruct, supervise, control Defendant, BRENNAN from depriving Plaintiff, TIMOTHY BETTS, SR., of his constitutional and statutory rights, privileges and immunities under Federal and the laws and Constitution of the State of Louisiana.

14.

Defendants, LOUISIANA STATE POLICE, directly or indirectly, under color of law, approved or ratified the unlawful, deliberate, malicious, reckless, and wanton conduct of Defendant, BRENNAN.

15.

As a direct and proximate cause of the acts or failure to act of Defendants, LOUISIANA STATE POLICE through ROSS BRENNAN as set forth in above, Plaintiffs suffered physical injury and severe mental anguish in violation of their constitutional and statutory rights guaranteed under the Eighth and Fourteenth Amendments of the Constitution of the United States and protected by 42 U.S.C. §1983.

16.

Plaintiff itemizes his damages as follows:

1. Damages for assault and battery (excessive force)
2. Damages for negligent and intentional infliction of mental and emotional distress due to outrageous conduct

3. Past mental anguish
4. Future mental anguish
5. Past pain and suffering
6. Future pain and suffering
7. Past Loss of Enjoyment of Life
8. Future Loss of Enjoyment of Life
9. Past medical expenses
10. Future medical expense
11. Punitive damages under Section 1983 for torture and injury done with malice
12. Attorney fees and court costs
13. Petitioner prays for such damages as reasonable in the premises and all equitable relief.

17.

Plaintiff demands judgment against Defendants, ROSS BRENNAN AND LOUISIANA STATE POLICE jointly and severally for compensatory damages and further demands judgment against Defendants, jointly and severally for punitive damages, plus the costs of this action, attorney fees and such other relief, as the Court deems just and equitable.

**WHEREFORE,** Petitioner, TIMOTHY BETTS, SR., prays that this Petition be deemed good and sufficient and that after due proceedings are had, judgment be rendered on behalf of Petitioners and against Defendants for the forgoing general and special damages, punitive damages, attorney's fees, costs, interest, and other recoverable damages and appropriate relief.

Respectfully submitted:

**CHRISTOPHER WASHINGTON**
La. State Bar Roll No. 31354
**DANIELS & WASHINGTON, LLC**
38167 Post Office Road
Prarieville, LA 70769
Ph: 225-383-3800
Fax: 225-208-1567
**Attorney for Petitioners Timothy Betts, Sr.**

Please serve with copy of petition:

ROSS BRENNAN
4047 West Park Avenue,
Gray, LA 70359

LOUISIANA STATE POLICE
Through It's Superintendent
Colonel Kevin W. Reeves
7919 Independence Blvd.
Baton Rouge, LA 70806

Louisiana Office of Risk Management
1201 N. Third Street, Suite G-192
Baton Rouge, LA 70802

Louisiana Attorney General
1885 North Third Street
Baton Rouge, LA 70802

**DANIELS & WASHINGTON LAW FIRM, LLC**
**ATTORNEYS at LAT**
38167 Post Office Road
Prairieville, LA 70769
Tel:(225)346-6280 Harry L. Daniels, III
Tel:(225)383-3800 Christopher J. Washington
Fax: (225)208-1567

RECEIVED
NOV 13 2019
T.P.C.C.

October 29, 2019

Terrebonne Parish Clerk of Court
Honorable Theresa A. Robichaux
Clerk of Court
PO Box 1569
Houma, LA 70361-1569

187384

Re: **Timothy Betts Sr. v. Ross Brennan et al**

Dear Mrs. Robichaux:

Enclosed please find an original and 5 copies of a Petition for Damages.

Please serve a copy on each of the parties or entities listed on Page 5.

I have enclosed a check in the amount of $570.00 to cover the cost of filing.

Awaiting your reply, I remain

Sincerely,

Christopher Washington

SCANNED
NOV 15 2019

**Daniels & Washington Law Firm**
Willing to Fight When They Trample Your Rights
38167 Post Office Rd.
Prairieville, LA 70769
Ph: 225-383-8800 Fax: 225-208-1567

187384                                  7433
                                        84-13/654

DATE 11/6/19

Terrebonne Parish Clerk of Court    $ 570.00
Five Hundred Seventy Dollars 00/100    DOLLARS

CHASE ◘
JPMorgan Chase Bank, N.A.
www.Chase.com

Betts Civil Case

⑊"007433⑊" ⑊:065400137⑊:    705149995⑊"

SCANNED
NOV 15 2019